**DISMISSED and Opinion Filed March 26, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00122-CV

## IN RE CP TOWER OWNER, LLC AND NEXBANK SECURITIES, INC. D/B/A NEXBANK REALTY ADVISORS, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06206-K**

## MEMORANDUM OPINION

Before Justices Schenck, Partida-Kipness, and Nowell
Opinion by Justice Nowell

Before the Court is relators' petition for writ of mandamus and its unopposed motion to dismiss this proceeding. Accordingly, we deny relators' petition and **DISMISS** this mandamus proceeding.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

200122F.P05